JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENISE SUBRAMANIAM,<br>　　　　Plaintiff,<br>　　　　v.<br>DANA LANTRY<br>　　　　Defendant. | Case No. CV 17-07637-RGK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Complaint,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: 12/5/17

_____
R. GARY KLAUSNER
United States District Judge